UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

JUL 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| ROGER NEIL WELLS | ) |
| | ) |
| v, | ) CIVIL ACTION NO. 1:05cv00064 |
| | ) |
| HIGHLANDS UNION BANK | ) |

## ORDER

This case is before the court on the Report and Recommendation of United States Magistrate Judge Pamela Meade Sargent, said report having been filed for more than ten days, and there being no objections filed; it is

**ADJUDGED and ORDERED**

that the Report of the Magistrate is hereby approved and affirmed in every particular, and the motion to dismiss the above-styled case is OVERRULED. The defendant shall answer said suit within twenty (20) days of this order.

ENTERED: July 27, 2006

_____
SENIOR U. S. DISTRICT JUDGE